PATRICK J. McLARNEY, Respondent, *v.* THE LONG ISLAND
RAILROAD COMPANY, Appellant.

*McLarney* v. *Long Island R. R. Co.*, 11 Misc. Rep. 64, affirmed.
(Argued January 27, 1898; decided March 1, 1898.)

APPEAL from a judgment of the General Term of the late
Superior Court of the city of New York, entered January 9,
1895, affirming a judgment in favor of plaintiff entered upon
a verdict.

*Wm. C. Beecher* for appellant.

*Charles Steckler* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

MICHAEL E. TIERNEY, Respondent, *v.* THE SYRACUSE, BING-
HAMTON AND NEW YORK RAILROAD COMPANY, Appellant.

*Tierney* v. *Syracuse, B. & N. Y. R. R. Co.*, 85 Hun, 146, affirmed.
(Argued January 28, 1898; decided March 1, 1898.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the fourth judicial department, entered Feb-
ruary 28, 1895, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial.

*Louis Marshall* for appellant.

*William Kennedy* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except MARTIN, J., not sitting.